JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CALVIN JOHNSON, an individual, | Case No. 2:20-cv-11730-RGK-RAO |
| Plaintiff, | The Hon. R. Gary Klausner |
| v. | [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION |
| CVS PHARMACY, INC., a Rhode Island corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | Action Filed: November 19, 2020<br>Trial Date: March 1, 2022 |

On January 26, 2022, counsel for plaintiff Calvin Johnson and for defendant CVS Pharmacy, Inc. filed a *Joint Stipulation for Dismissal Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii)* (the "stipulation"). Based on the stipulation and for good cause shown, the Court orders as follows:

1. That the entire action be dismissed with prejudice; and
2. All parties are to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED:  January 27 , 2022

*Gary Klausner*

HONORABLE R. GARY KLAUSNER
JUDGE OF UNITED STATES
DISTRICT COURT